IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**RAYMOND A. PROFIT,**

    **Plaintiff,**

**v.**                                                **Case No. 1:20-cv-246-AW-GRJ**

**MICHELLE HART, et al.,**

    **Defendants.**

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

I have considered the magistrate judge's Report and Recommendation, ECF No. 8, to which no objections have been filed. The Report and Recommendation is adopted and incorporated into this order. The motion for class certification, ECF No. 5, is DENIED. The magistrate judge will conduct further appropriate proceedings.

SO ORDERED on December 7, 2020.

                                                s/ *Allen Winsor*
                                                United States District Judge